NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-3118

### MARSHA L. PAYTON,

Petitioner,

v.

### DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. AT0353090770-I-1.

ON MOTION

## O R D E R

Marsha L. Payton moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY 1 0 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Marsha L. Payton
Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 0 2010

JAN HORBALY
CLERK